UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

    Plaintiff,        **RULE 7.1 STATEMENT**

                Civil Action No.: 07 CV 11527

- against -

QUIKSILVER, INC.,

    Defendant.
-------------------------------------------------------X

  Pursuant to Local Civil Rule 7.1, to evaluate possible disqualification or recusal, the undersigned counsel for GMA ACCESSORIES, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

  None.

DATE: New York, New York
   December 19, 2007

                *[signature]*
                CRYSTAL S. A. SCOTT (CS 5615)