AFFIDAVIT OF SERVICE

STATE OF NEW YORK
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT  INDEX #07CV11527
------------------------------------------------------------------------

GMA ACCESSORIES, INC.,            PLAINTIFF

                VS.

QUICKSILVER, INC.,                DEFENDANT

------------------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                    SS:

Cathy Krieger being duly sworn, deposes and says that she is over the age of eighteen (18) years; That on the twentyeighth day of December, 2007 at 9:00 am she served the annexed Summons And Complaint Index# 07 CV 11527, filed 12/26/2007, endorsed thereto on QUICKSILVER, INC.
the defendant in this action, by delivering to and leaving with Donna Christie an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

                                            Cathy Krieger

Sworn to before me this
fourth day of January, 2008.

Johanna Burkhartt, Notary Public
knv

*[Notary seal: JOHANNA A. BURKHARTT, NOTARY, ID# 01BU6150209, Commission Expires July 24, 2010, ALBANY COUNTY, NEW YORK]*

Receipt #: 200801030017
Date of Service: 12/28/2007
Service Company: 45 CORPORATION SERVICE COMPANY - 45

Cash #: 200801030016
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: QUIKSILVER, INC.

Plaintiff/Petitioner:
    GMA ACCESSORIES, INC.

Service of Process Address:
QUIKSILVER, INC.
15202 GRAHAM ST.
HUNTINGTON BEACH, CA 92649

Secretary of State
By DONNA CHRISTIE