UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────x
GMA ACCESSORIES, INC.,                :     Case No. 07 Civ. 11527
                                      :
        Plaintiff,                   :
                                      :
v.                                    :     **RULE 7.1 STATEMENT**
                                      :
QUIKSILVER, INC.,                     :
                                      :
        Defendant.                   :
─────────────────────────────────x

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Quiksilver, Inc. certifies that Defendant has no parent that is publicly held or other entity that owns 10% or more of its stock.

DATED:   January 17, 2008
              New York, New York

                                            Respectfully submitted,

                                            DAY PITNEY LLP

                                            By:   *s/ Stephen W. Feingold*
                                                      Stephen W. Feingold

                                            7 Times Square
                                            New York, NY 10036
                                            Tel. No. (212) 297-5800
                                            Fax No. (212) 916-2940

                                            Attorneys for Defendant
                                            Quiksilver, Inc.