CORPORATION SERVICE COMPANY

415850

AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    INDEX #07 CV 11527

---

GMA ACCESSORIES, INC.,            PLAINTIFF

         VS.

NORDSTROM, INC.,                  DEFENDANT

---

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                    ss:

Minard Carkner being duly sworn, deposes and says that he is over the age of eighteen (18) years; That on the twentyninth day of January, 2008 at 9:00 am he served the annexed Summons And Amended Complaint Index #07 CV 11527, filed 12/26/2007, endorsed thereto on NORDSTROM, INC.
the defendant in this action, by delivering to and leaving with Carol Vogt an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

                                    _____
                                    Minard Carkner

Sworn to before me this
thirtieth day of January, 2008.

_____
Johanna Burkhardt, Notary Public
knv

[Notary Seal: JOHANNA K. BURKHARDT, NOTARY PUBLIC, ALBANY COUNTY, NEW YORK, ID# 01BU6150209, Commission Expires July 24, 2010]