CORPORATION SERVICE COMPANY

415850

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
DISTRICT COURT, COUNTY OF SOUTHERN DISTRICT        INDEX #07 Cv 11527

---

GMA ACCESSORIES, INC.,           PLAINTIFF

VS.

QUIKSILVER, INC., NORDSTROM, INC., AND SWELL, INC.,
                                 DEFENDANT

---

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY              ss:

Minard Carkner being duly sworn, deposes and says that he is over the age of eighteen (18) years; That on the thirtieth day of January, 2008 at 12:38 pm he served the annexed Summons In A Civil Action And Amended Complaint Index #07 CV 11527, filed 12/26/2007, endorsed thereto on SWELL, INC.
the defendant in this action, by delivering to and leaving with Donna Christie an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 307 of the Business Corporation Law of the State of New York.

Deponent further says that he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

_____
Minard Carkner

Sworn to before me this
fifth day of February, 2008.

_____
Johanna Burkhartt, Notary
knv

ID# 01BU6150209
Commission Expires
July 24, 2010