**DAY PITNEY** LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

MARK S. MORGAN
Attorney At Law

7 Times Square
New York, NY 10036
T: (212) 297-5800 F: (212) 916 2940
mmorgan@daypitney.com

February 18, 2008

**BY ECF & OVERNIGHT DELIVERY**

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

  Re: GMA Accessories, Inc. v. Quiksilver, Inc., et al.
     Case No. 07-11527 (VM)

Dear Judge Marrero:

  We represent Defendants, Quiksilver, Inc. and Nordstrom, Inc., in connection with the above-referenced matter. We write to request entry of the enclosed Stipulation and Order Extending Time for Defendant Nordstrom, Inc. to Answer or Otherwise Respond to the Complaint. Counsel for Plaintiff, GMA Accessories, Inc. has stipulated to this extension of time. This is the first extension of time requested by Nordstrom, Inc.

  We will make ourselves available at the Court's convenience to further discuss this matter, if necessary.

Respectfully submitted,

*/s/ Mark S. Morgan*
MARK S. MORGAN

MSM:mm
Enclosure

cc: John P. Bostany, Esq. (counsel for Plaintiff) (*by email only*)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUIKSILVER, INC., NORDSTROM, INC., and SWELL, INC. <br><br> Defendants. | Civil Case No. 07 CV 11527 (VM) <br><br> STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT NORDSTROM, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, GMA Accessories, Inc. ("GMA") and Defendant, Nordstrom, Inc. ("Nordstrom") that Nordstrom's time to answer, move, or otherwise respond to the Complaint shall be extended from Monday, February 18, 2008 to and including Monday, March 3, 2008.

**THE BOSTANY LAW FIRM**
40 Wall Street, 61st Floor
New York, New York 10005

*Attorneys for Plaintiff*
*GMA Accessories, Inc.*

By: John P. Bostany
John P. Bostany (JB_____)

Dated: February 18, 2008

**DAY PITNEY LLP**
7 Times Square
New York, New York 10036-7311

*Attorneys for Defendants*
*Quiksilver, Inc. and Nordstrom, Inc.*

By: _____
Mark S. Morgan (MM 8799)

Dated: February 18, 2008

IT IS SO ORDERED,

_____
Honorable Victor Marrero, U.S.D.J.

Dated: _____