```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2·20·05
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GMA ACCESSORIES, INC.,

        Plaintiff,

v.

QUIKSILVER, INC., NORDSTROM, INC., and SWELL, INC.

        Defendants.

Civil Case No. 07 CV 11527 (VM)

**STIPULATION AND ORDER**
**EXTENDING TIME FOR DEFENDANT**
**NORDSTROM, INC. TO ANSWER OR**
**OTHERWISE RESPOND TO**
**COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, GMA Accessories, Inc. ("GMA") and Defendant, Nordstrom, Inc. ("Nordstrom") that Nordstrom's time to answer, move, or otherwise respond to the Complaint shall be extended from Monday, February 18, 2008 to and including Monday, March 3, 2008.

**THE BOSTANY LAW FIRM**
40 Wall Street, 61st Floor
New York, New York 10005

*Attorneys for Plaintiff*
*GMA Accessories, Inc.*

By: _____
    John P. Bostany (JB _____)

Dated: February 18, 2008

**DAY PITNEY LLP**
7 Times Square
New York, New York 10036-7311

*Attorneys for Defendants*
*Quiksilver, Inc. and Nordstrom, Inc.*

By: _____
    Mark S. Morgan (MM 8799)

Dated: February 18, 2008

IT IS SO ORDERED.

_____
Honorable Victor Marrero, U.S.D.J.

Dated: 19 February 2008