UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GMA ACCESSORIES, INC.

            Plaintiff,

                                        Civil Action No.:  07CV11527 (VM)

                                        REQUEST FOR CERTIFICATE OF DEFAULT

       - against -

QUIKSILVER, INC., NORDSTROM, INC.,
and SWELL, INC.,

            Defendants.
---------------------------------------------------------------------X

     I represent the plaintiff in this case and respectfully ask that the default of defendant SWELL, INC. be noted pursuant to Fed.R.Civ.P. 55(a).  According to the docket entries this defendant was served with the summons and amended complaint on January 30, 2008 and the time within which this defendant should have answered or otherwise moved with respect to the Amended Complaint in this action has expired and no extension of time to answer has been granted or requested.

Dated: New York, New York
       February 28, 2008

                                                                THE BOSTANY LAW FIRM

                                                                By:_____
                                                                 John P. Bostany (JB 1986)
                                                                Attorney for Plaintiff
                                                                40 Wall Street
                                                                New York, New York 10005
                                                                (212) 530-4400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GMA ACCESSORIES, INC.

|  |  |
|---|---|
| Plaintiff, | **CERTIFICATE OF DEFAULT** <br> **SWELL, INC.** |
| - against - | Civil Action No.: 07CV11527 (VM) |
| QUIKSILVER, INC., NORDSTROM, INC., <br> and SWELL, INC., | |
| Defendants. | |

-------------------------------------------------------X

I, James M. Parkison, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the defendant SWELL, INC. was served with a copy of a Summons and Amended Complaint on January 30, 2008. I further certify that the docket entries indicate that this defendant has not appeared, has not filed an answer or otherwise moved with respect to the Amended Complaint herein.

The default of defendant SWELL, INC. is hereby noted.

Dated: New York, New York
         March ____, 2008

                                                                                    _____
                                                                                    Clerk

                                                                                    _____
                                                                                    Deputy Clerk