Stephen W. Feingold (SF 2763)
Richard H. Brown (RB 5858)
Mark S. Morgan (MM 8799)
**DAY PITNEY LLP**
7 Times Square
New York, New York  10036-7311
Phone: (212) 297-5800
*Attorneys for Defendants*
*Quiksilver, Inc. and Nordstrom, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GMA ACCESSORIES, INC., | Case No. 07 CV 11527 (VM) |
| Plaintiff, | |
| -against- | **RULE 7.1 STATEMENT BY NORDSTROM, INC.** |
| QUIKSILVER, INC., NORDSTROM, INC., and SWELL, INC., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant, Nordstrom, Inc. (a private non-governmental party), by its attorneys, Day Pitney LLP, certifies it has no parent corporation nor is there any publicly held corporation that owns 10% or more of Nordstrom Inc.'s stock.

                                                **DAY PITNEY LLP**
                                                *Attorneys for Defendants,*
                                                *Quiksilver, Inc. and Nordstrom, Inc.*

Dated:  March 3, 2008                        By: _s/ Stephen W. Feingold_____
New York, New York                               STEPHEN W. FEINGOLD