UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUIKSILVER, INC., NORDSTROM, INC., and SWELL, INC. <br><br> Defendants. | Civil Case No. 07 CV 11527 (VM) <br><br> STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT SWELL, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, GMA Accessories, Inc. ("GMA") and Defendant, Swell, Inc. ("Swell") that Swell's time to answer, move, or otherwise respond to the Complaint shall be due on or before Tuesday, March 18, 2008.

**IT IS HEREBY STIPULATED AND AGREED**, that the Certificate of Default as to SWELL, INC. dated March 4, 2008 is hereby vacated on consent of GMA.

THE BOSTANY LAW FIRM
40 Wall Street, 61st Floor
New York, New York 10005

*Attorneys for Plaintiff*
*GMA Accessories, Inc.*

By: _John P. Bostany_
    John P. Bostany

Dated: March 6, 2008

DAY PITNEY LLP
7 Times Square
New York, New York 10036-7311

*Attorneys for Defendants*
*Quiksilver, Inc., Nordstrom, Inc.*
*and Swell, Inc.*

By: _s/ Mark S. Morgan_
    Mark S. Morgan (MM 8799)

Dated: March 6, 2008

IT IS SO ORDERED,

_____
Honorable Victor Marrero, U.S.D.J.
Dated: _____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-08