Stephen W. Feingold (SF 2763)
Richard H. Brown (RB 5858)
Mark S. Morgan (MM 8799)
**DAY PITNEY LLP**
7 Times Square
New York, New York  10036-7311
Phone: (212) 297-5800
*Attorneys for Defendants*
*Quiksilver, Inc., Nordstrom, Inc. and Swell, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GMA ACCESSORIES, INC.,<br><br>         Plaintiff,<br><br>         -against-<br><br>QUIKSILVER, INC., NORDSTROM, INC., and SWELL, INC.,<br><br>         Defendants. | Case No. 07 CV 11527 (VM)<br><br>**RULE 7.1 STATEMENT BY SWELL, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant, Swell, Inc. (a private non-governmental party), by its attorneys, Day Pitney LLP, certifies it has no parent corporation nor is there any publicly held corporation that owns 10% or more of Swell Inc.'s stock.

          **DAY PITNEY LLP**
          *Attorneys for Defendants,*
          *Quiksilver, Inc., Nordstrom, Inc. and*
          *Swell, Inc.*

Dated: March 18, 2008          By: _s/ Stephen W. Feingold_____
New York, New York                    STEPHEN W. FEINGOLD