# THE BOSTANY LAW FIRM

40 WALL STREET
61ST FLOOR
NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

April 8, 2008

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-08

Re: *GMA v. Quiksilver, Inc.*
Docket No.: 07 CV 11527 (VM)

Your Honor:

I represent the plaintiff in this case and respectfully request a postponement of the initial conference from April 11 to April 18, 2008 at 9:15 a.m., a date and time that is acceptable to the defense and I believe is convenient for the court.

The reason for this request is that I am actively engaged on trial and summations are scheduled for April 11.

I respectfully report that I have conferred with counsel in accordance with Rule 26 (f) and a copy of the proposed plan that we will bring with us to the conference is respectfully attached. We are also in the process of preparing the joint letter submission as required.

Respectfully,

John P. Bostany

Enclosure

cc: Mark S. Morgan, Esq.

Request GRANTED. The initial conference herein is rescheduled to 4-18-08 at 9:15 a.m.

SO ORDERED.

4-8-08
DATE       VICTOR MARRERO, U.S.D.J.