Marrero, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUIKSILVER, INC., NORDSTROM, INC. and SWELL, INC., <br><br> Defendants. | Civil Action No. 07-11527 (VM) <br><br><br> CONSENT ORDER |

WHEREAS the scheduling order allowed plaintiff to amend its complaint and add parties without a motion, by May 15, 2008; and

WHEREAS, defendants will respond to plaintiff's April 9 requests for the identity of suppliers and retailers on or about May 15, 2008 on consent; and for good cause shown, it is

ORDERED, that plaintiff may add parties and/or amend its complaint by May 29, 2008 without the need for a motion.

Dated: May 14, 2008

*Attorneys for Plaintiff*
GMA Accessories, Inc.

By: _____
John P. Bostany
THE BOSTANY LAW FIRM
40 Wall Street
New York, NY 10005
Phone: (212) 530-4400
Fax: (212) 530-4488

*Attorneys for Defendants*
Quiksilver, Inc., Nordstrom, Inc. and Swell, Inc.

By: _____
Stephen W. Feingold
Mark S. Morgan
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
Phone: (212) 297-5800
Fax: (212) 916-2940

15 May 2008
SO ORDERED.
_____
Hon. Victor Marrero, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08