AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GMA ACCESSORIES, INC.

V.

QUIKSILVER, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV11527

TO: (Name and address of Defendant)

GURU DENIM, INC.
2263 East Vernon Avenue, Vernon, California 90058
  and
JILL STUART, INC.
550 7th Avenue – 24th Floor, New York, New York 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Bostany Law Firm
40 Wall St.
61st Floor
New York, NY 10005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                MAY 1 5 2008

CLERK                             DATE

(By) DEPUTY CLERK

CORPORATION SERVICE COMPANY
07cv11527
AFFIDAVIT OF SERVICE

STATE OF NEW YORK
US DISTRICT COURT, COUNTY OF NEW YORK        INDEX # 07CV11527
-----------------------------------------------------------------

GMA ACCESSORIES, INC.,

                                                    PLAINTIFF

            VS.

QUIKSILVER, INC.                                    DEFENDANT


-----------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY              ss:

Minard Carkner being duly sworn, deposes and says that he is
over the age of eighteen (18) years; That on the 20TH day of May,
2008 at 12:45 PM he served the annexed SUMMONS IN A CIVIL ACTION AND
SECOND AMENDED COMPLAINT, Index # 07CV11527 ,endorsed thereto on JILL
STUART, INC. the defendant in this action, by delivering to and leaving
with Carol Vogt an employee of the Office of the Secretary of the State
of New York in the City of Albany, New York, two (2) copies thereof,
and at the time of making said service, deponent paid the said
Secretary of State of New York a fee of $40.00.  That said service was
made pursuant to Section 306 of the Business Corporation  Law of the
State of New York.

Deponent further says that he knew the person so served as
aforesaid in the Office of the Secretary of the State
of New York to be duly authorized by law to accept such service
on behalf of the named defendant.

                                              _____
                                              Minard Carkner


Sworn to before me this
22ND day of May, 2008.

_____
Johanna A. Burkhartt, Notary Public
rzm