```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMA ACCESSORIES, INC.,

    Plaintiff,

v.

QUIKSILVER, INC., NORDSTROM, INC., and SWELL, INC. et al.

    Defendants.

Civil Case No. 07 CV 11527 (VM)

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, GMA Accessories, Inc. ("GMA") and Defendants, Quiksilver, Inc. ("Quiksilver"), Nordstrom, Inc. ("Nordstrom"), and Swell, Inc. ("Swell") (collectively "Defendants") that Defendants' time to answer, move, or otherwise respond to the Second Amended Complaint shall be due on Monday, June 16, 2008.

THE BOSTANY LAW FIRM
40 Wall Street, 61st Floor
New York, New York 10005

*Attorneys for Plaintiff*
*GMA Accessories, Inc.*

By: _____
    John P. Bostany

Dated: June 2, 2008

DAY PITNEY LLP
7 Times Square
New York, New York 10036-7311

*Attorneys for Defendants*
*Quiksilver, Inc., Nordstrom, Inc.*
*and Swell, Inc.*

By: _____
    Mark S. Morgan

Dated: June 2, 2008

IT IS SO ORDERED,

_____
Honorable Victor Marrero, U.S.D.J.
Dated: 4 June 2008