MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GMA ACCESSORIES, INC.,

                Plaintiff,

    - against -

QUIKSILVER, INC., NORDSTROM, INC.,
SWELL, INC., JILL STUART, INC.,
and GURU DENIM, INC.

                Defendants.
----------------------------------------------------------X

ORIGINAL

NOTICE OF DISMISSAL AS TO GURU DENIM

Civil Action No.: 07CV11527 (VM)

Please take notice, that pursuant to Fed.R.Civ.P. 41(a)(1)(I), plaintiff hereby dismisses as to defendant GURU DENIM, INC.

Dated:   New York, New York
           June 4, 2008

The Bostany Law Firm
Attorneys for Plaintiff

By: _____
John P. Bostany (JB 1986)
40 Wall Street
New York, New York 10005
Tel: (212) 530-4400

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-08

SO ORDERED:
10 June 2008

U.S.D.J.
Victor Marrero