Stephen W. Feingold (SF 2763)
Richard H. Brown (RB 5858)
Mark S. Morgan (MM 8799)
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036-7311
Phone: (212) 297-5800
*Attorneys for Defendants*
*and Counterclaimants*
*Quiksilver, Inc. and, with respect to any allegations*
*against Nordstrom, Inc. and/or Swell, Inc.*
*relating to Quiksilver products, for Nordstrom, Inc. and*
*Swell, Inc.*

Andrew R. Nelson (pro hac vice pending)
**FRIEDMAN STROFFE & GERARD, P.C.**
19800 MacArthur Blvd.
Suite 1100
Irvine, CA 92612-2425
Phone (949) 265-1100
*Of counsel for Defendant*
*and Counterclaimant*
*Swell, Inc. relating to any non-Quiksilver products*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GMA ACCESSORIES, INC., | Case No. 07 CV 11527 (VM) |
| Plaintiff, | |
| -against- | **NOTICE OF MOTION** |
| QUIKSILVER, INC., NORDSTROM, INC., SWELL, INC., JILL STUART, INC., and GURU DENIM, INC. | |
| Defendants. | |

41871009.1

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Stephen W. Feingold, Esq., submitted on behalf of defendants Quiksilver, Inc., Nordstrom, Inc., and Swell, Inc. (collectively "Defendants"), Defendants will move this Court, the Honorable Victor Marrero, United States District Court, Southern District of New York, in Courtroom 20-B, United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, on the 16th day of June, 2008, at 9:00 a.m. or as soon thereafter as counsel can be heard, for an order to stay these proceedings in their entirety until a final decision is rendered in *Sanei Charlotte Ronson LLC v. GMA Accessories, Inc.*, 07 Civ. 9578 (S.D.N.Y.).

**DAY PITNEY LLP**

*Attorneys for Defendants
Quiksilver, Inc., Nordstrom, Inc.
and Swell, Inc.*

By: ___s/ Stephen W. Feingold___
Stephen W. Feingold (SF 2763)
Richard H. Brown (RB 5858)
Mark S. Morgan (MM 8799)
7 Times Square
New York, New York 10036-7311
Phone: (212) 297-5800

Andrew R. Nelson (pro hac vice pending)
**FRIEDMAN STROFFE & GERARD, P.C.**
19800 MacArthur Blvd.
Suite 1100
Irvine, CA 92612-2425
Phone (949) 265-1100
*Of counsel for Defendant
and Counterclaimant
Swell, Inc. relating to any non-Quiksilver products*

Date:   June 16, 2008
        New York, New York