# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

Mark S. Olinsky
Member of the Firm
Direct Dial: (973) 643-5402
E-mail: molinsky@sillscummis.com

June 16, 2008

**VIA FACSIMILE**
The Honorable Victor Marrero, U.S.D.J.
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08
```

Re: **GMA Accessories, Inc. v. Quiksilver, Inc., Nordstrom, Inc., Swell, Inc., Jill Stuart, Inc., and Guru Denim, Inc.**
Civil Action No. 07-CV-11527 (VM)

Dear Judge Marrero:

This firm represents defendant Nordstrom, Inc. ("Nordstrom") in the above-referenced case. I am writing to respectfully request a ten-day extension of Nordstrom's deadline to file an Answer to the Second Amended Complaint. The current deadline to answer is today, but Nordstrom cannot reasonably meet this deadline.

In this trademark action, plaintiff GMA Accessories, Inc. is, *inter alia*, suing Nordstrom with respect to certain merchandise manufactured by co-defendant Quiksilver, Inc. ("Quiksilver"). At the outset of this case, Quiksilver agreed to assume the defense of these claims against Nordstrom. Accordingly, counsel for Quiksilver filed an Answer to the Amended Complaint on behalf of Nordstrom.

Today, however, Nordstrom learned (from an e-mail that Quiksilver sent to it on Saturday, June 14) that the Answer being submitted by counsel for Quiksilver to the Second Amended Complaint would only cover Nordstrom in part. Upon learning this information, Nordstrom contacted my firm and retained us this afternoon to handle this matter with respect to claims on which Nordstrom was not being represented. I promptly attempted to contact plaintiff's counsel, Daniel Levy, to request his consent to a ten-day extension of Nordstrom's time to answer. At 6:42 p.m., Mr. Levy finally responded, but refused to consent to an extension

Sills Cummis & Gross
A Professional Corporation

The Honorable Victor Marrero, U.S.D.J.
June 16, 2008
Page 2

unless I agreed to certain conditions that, given my unfamiliarity with the proceedings to date, I could not responsibly accept.

Based upon the foregoing, we respectfully request a brief ten-day extension of Nordstrom's deadline to file an Answer to the Second Amended Complaint. It is our understanding that a prior request for an extension of time to file an Answer to the Second Amended Complaint was made by counsel for Quiksilver on behalf of the defendants.

Thank you for Your Honor's courtesies regarding this matter.

Respectfully submitted,

MARK S. OLINSKY (MO 0845)

cc:   Daniel Levy, Esq. (via facsimile)
      Stephen W. Feingold, Esq. (via facsimile)
      Dwight Yellen, Esq. (via facsimile)

---

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 6-26-07 as to Nordstrom, Inc., which is directed to clarify which counsel is representing it in this matter, and to communicate to the Court through one attorney only.

SO ORDERED.

DATE 6-18-08  VICTOR MARRERO, U.S.D.J.

1470881