MARRERO, J

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6-24-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GMA ACCESSORIES, INC.,

        Plaintiff,

- against -

QUIKSILVER, INC., NORDSTROM, INC.,
SWELL, INC., and JILL STUART, INC.,

        Defendant.

-----------------------------------------------------------x

07 CV 11527 (VM)

**STIPULATION & ORDER**
**EXTENDING TIME**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time within which Defendant ~~Jill Stuart, Inc.~~ *the undersigned* may answer or otherwise move *as* against the complaint is extended to and including **June 26, 2008**.

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the Rule 26(f) conference is hereby scheduled for **June 25, 2008 at 2:00 p.m.**

Dated: New York, New York
       June 18, 2008

THE BOSTANY LAW FIRM

By: John P. Bostany
*Attorneys for Plaintiff GMA*
*Accessories, Inc.*
40 Wall Street - 61st Floor
New York, New York 10005

SO ORDERED

_____
Honorable Victor Marrero, U.S.D.J.
Date: 23 June 2008

BALLON STOLL BADER & NADLER, P.C.

By: Dwight Yellen   046547
*Attorneys for Defendants, Jill*
*Stuart, Inc., and Nordstrom Inc.*
*[Only on Sale of Jill Stuart®*
*Branded Merchandise]*
729 Seventh Avenue - 17th Floor
New York, New York 10019
212 575 7900

] subject to compliance with June 18 Order.