```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GMA Accessories,                    :
                                    :   07 Civ 11527
                Plaintiff,          :
                                    :
    - against -                     :   NOTICE OF CONFERENCE
                                    :
Quicksilver, Inc., et al.,          :
                                    :
                Defendants.         :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The conference scheduled for August 22, 2008 has been adjourned because of a conflict with the Court's calendar. All parties are advised that the next conference in this matter is scheduled for September 5, 2008 at 9:30 a.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
         24 June 2008

                                    _____
                                         Victor Marrero
                                            U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 6-24-08