UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC., GMA,<br><br>Plaintiff,<br><br>-against-<br><br>QUIKSILVER, INC., NORDSTROM, INC., SWELL, INC., JILL STUART, INC., and GURU DENIM, INC.<br><br>Defendants. | Case No. 07 CV 11527 (VM)<br><br>SUBSTITUTION OF COUNSEL |

The undersigned hereby consent to the Substitution of Sills Cummis & Gross P.C. for Day Pitney LLP as attorneys for defendant Nordstrom, Inc. in this action. Day Pitney LLP shall remain as attorneys for defendant Quiksilver, Inc. and defendant Swell, Inc. with respect to allegations regarding Quiksilver Products.

Dated: June 25, 2008

By: _____
Mark J. Rosenberg (MR 8739)
SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York 10020
212-6643-7000

Superseding Attorneys for Defendant
  Nordstrom, Inc.

By: _____
Stephen W. Feingold (SF 2763)
DAY PITNEY LLP
7 Times Square
New York, New York 10036
212-297-5800

Withdrawing Attorneys for Defendant
  Nordstrom, Inc.

1473788 v1