Dwight Yellen (DY 6547)
BALLON STOLL BALLON BADER & NADLER, P.C.
729 Seventh Avenue - 17th Floor
New York, New York 10019
212.575-7900
dyellen@ballonstoll.com
Attorneys for Defendant
 *Jill Stuart, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

GMA ACCESSORIES, INC.,

        Plaintiff,

  - against -                        07 Civ. 11527(VM)

QUICKSILVER, INC., NORDSTROM, INC.,
SWELL, INC. and JILL STUART, INC.,

        Defendant.

----------------------------------------x

### RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Jill Stuart, Inc. certifies that there are no corporate parents, affiliates and/or subsidiaries of said party,

which are publicly held.

Dated:   New York, New York
         June 26, 2008

                              BALLON STOLL BADER & NADLER, P.C.


                              By: _____
                                    Dwight Yellen (DY 6847)

                              *Attorneys for Defendant*
                                *Jill Stuart, Inc.*
                              729 Seventh Avenue - 17th Floor
                              New York, New York 10019
                              212.575-7900
                              fax 212-764-5060
                              dyellen@ballonstoll.com

00114282;1