UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GMA ACCESSORIES, INC.,

                Plaintiff,                **NOTICE OF MOTION TO DISMISS**

- against -                             Civil Action No.: 07CV11527 (VM)

QUIKSILVER, INC., NORDSTROM, INC.,
SWELL, INC., and JILL STUART, INC.,

                Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** upon the pleadings and the Memorandum of Law dated June 27, 2008, the undersigned hereby moves this Honorable Court, before Hon. Victor Marrero, U.S.D.J., at 500 Pearl Street, New York, New York for an Order (1) pursuant to Rules 12(b)(6) and 9(b) dismissing the counterclaims of QUICKSILVER, INC., NORDSTROM, INC. and SWELL, INC.; (2) pursuant to Rule 12(f) dismissing certain affirmative defenses and for such other relief as this court deems just and proper.

Dated: New York, New York
        June 27, 2008

                                                By: _____
                                                     John P. Bostany (JB – 1986)
                                                       The Bostany Law Firm
                                                       Attorneys for Plaintiff
                                                       40 Wall Street, 61st Floor
                                                     New York, New York 10005
                                                     (212) 530-4400