UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GMA ACCESSORIES, INC.

                        Plaintiff,                        07 CIVIL 11527 ( VM )

        -against-

QUIKSILVER, INC. et al.

                        Defendant s.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Mark J. Rosenberg**

☒ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        **MR-8739**

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: **Amster Rothstein & Ebenstein, LLP**

    To: **Sills Cummis & Gross P.C.**

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* **One Rockefeller Plaza, New York, NY**

☒ *Telephone Number:* **212-643-7000**

☒ *Fax Number:* **212-643-6500**

☒ *E-Mail Address:* **mrosenberg@sillscummis.com**

Dated: **June 30, 2008**