```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GMA Accesories, Inc.

                              Plaintiff(s),

   - against -

Quicksilver, Inc., et al.
                              Defendant(s).

------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 11527 (VM)(RLE)

**VICTOR MARRERO, United States District Judge.**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

__X__ All such motions:_____

\* Do not check if already referred for general pretrial.

The parties are directed that henceforth all correspondence pertaining to case management, scheduling and pretrial proceedings in this action, including amendments of an approved Case Management Plan, extensions of any deadlines, discovery disputes, non-dispositive pretrial motions, and any other proceedings prior to the completion of all discovery, shall be addressed to the designated Magistrate Judge in the first instance, except as may be otherwise authorized by the Court or the Magistrate Judge, and provided that with regard to matters referred to the Magistrate Judge on consent under 28 U.S.C. § 636(c), all such communications shall be addressed solely to the Magistrate Judge.

SO ORDERED. *The pre-motion conference on 7-11-08 is cancelled. The parties are directed to arrange for a conference with Magistrate Judge Ellis to address their outstanding discovery and jurisdictional disputes.*

DATED:    New York, New York
            30 June 2008

                                                                             VICTOR MARRERO
                                                                       United States District Judge