%AO88 (Rev. 12/07) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
Southern District of New York

| GMA ACCESSORIES, INC. | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| QUIKSILVER, INC. | Case Number:[1]  07-11527 (VM) |

TO: SANEI CHARLOTTE RONSON, LLC
1071 Avenue Of The Americas
New York, NY, 10018-3704
Phone: 212-789-9606

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all documents produced by GMA Accessories, Inc. in connection with the lawsuit filed in the United States District Court for the Southern District of New York with the caption Sanei Charlotte Ronson, LLC v. GMA Accessories, Inc. bearing Docket Number: 07-9578.

| PLACE   DAY PITNEY LLP, 7 Times Square, New York, New York 10036-7311 | DATE AND TIME  7/14/2008 10:00 am |
|---|---|

☑ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  6/30/2008 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
| Mark S. Morgan, Day Pitney LLP, 7 Times Square, New York 10036-7311, 212-297-5800 | |

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

I hereby certify that on this date a true copy of the within Subpoena *Duces Tecum* to Sanei Charlotte Ronson LLC was served on Ira S. Sacks, Esquire who was authorized to accept service by electronic mail to isacks@dreierllp.com and also by UPS Overnight Delivery addressed as follows:

> Ira S. Sacks, Esq.
> DREIR LLP
> 499 Park Avenue
> New York, New York 10022

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained is true and correct.

_____
Mark S. Morgan

Dated: June 30, 2008