UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
GMA ACCESSORIES, INC.,                :
                                      :
                 Plaintiff,           :  Case No. 07cv11527 (VM)(RLE)
                                      :
        -against-                     :
                                      :
QUICKSILVER, INC., NORDSTROM, INC.,   :
SWELL, INC., JILL STUART, INC., and   :
GURU DENIM, INC.,                     :  **NOTICE OF APPEARANCE**
                                      :
                 Defendants.          :
                                      :
------------------------------------- X

   **PLEASE TAKE NOTICE** that Mark S. Olinsky, a member of Sills Cummis & Gross P.C., hereby appears as counsel for Defendant Nordstrom, Inc. in the above-captioned action.

Dated: New York, New York            **SILLS CUMMIS & GROSS P.C.**
       July 1, 2008

                                     By:  s/ Mark S. Olinsky
                                          Mark S. Olinsky

                                          One Rockefeller Plaza
                                          New York, New York 10020
                                          (212) 643-7000 telephone
                                          (212) 643-6550 facsimile

                                          *Attorney for Defendant Nordstrom Inc.*