UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC., GMA,<br><br>Plaintiff,<br><br>-against-<br><br>QUIKSILVER, INC., NORDSTROM, INC., SWELL, INC., JILL STUART, INC., and GURU DENIM, INC.<br><br>Defendants. | Case No. 07 CV 11527 (VM)<br><br>**SUBSTITUTION OF COUNSEL** |

The undersigned hereby consent to the Substitution of Sills Cummis & Gross P.C. for Day Pitney LLP as attorneys for defendant Swell, Inc. in this action. Day Pitney LLP shall remain as attorneys for defendant Quiksilver, Inc.

Dated: July 7, 2008

By: _____
Mark J. Rosenberg (MR 8739)
SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York 10020
212-6643-7000

Superseding Attorneys for Defendant
   Swell, Inc.

By: _____
Stephen W. Feingold (SF 2763)
DAY PITNEY LLP
7 Times Square
New York, New York 10036
212-297-5800

Withdrawing Attorneys for Defendant
   Swell, Inc.