UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMA ACCESSORIES, INC.,<br><br>             Plaintiff,<br><br>-against-<br><br>QUIKSILVER, INC., NORDSTROM, INC., SWELL, INC., JILL STUART, INC., and GURU DENIM, INC.<br><br>             Defendants. | Case No. 07 CV 11527 (VM)(RLE)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Justin M. Kayal, an attorney at Day Pitney LLP, hereby appears as counsel for Defendant Quiksilver, Inc. in the above-captioned action.

Dated: Hartford, Connecticut
July 14, 2008

**DAY PITNEY LLP**

By:    s/ Justin M. Kayal
        Justin M. Kayal (JMK 5183)

242 Trumbull Street
Hartford, CT 06103-1212
Tel.:  (860) 275-0203
Fax:  (860) 819-3284

*Attorneys for Defendant Quiksilver, Inc.*