UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

GMA ACCESSORIES, INC.,

                Plaintiff,

       - against -

QUIKSILVER, INC., NORDSTROM, INC.,
SWELL, INC., and JILL STUART, INC.,

                Defendants.

-----------------------------------------------------x

Civil Action:  07 CV 11527 (VM)

### DECLARATION OF JOHN P. BOSTANY IN REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS AND AFFIRMATIVE DEFENSES

      John P. Bostany, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

      1.      I am a member of The Bostany Law Firm, attorney of record for Plaintiff, GMA Accessories, Inc. ("GMA"), in the above captioned matter, and respectfully make this Declaration based upon my review of the files in this firm's office.

      2.      On August 14 2007 this firm sent a cease and desist letter to the C.E.O of Defendant Quiksilver, Inc. ("Quiksilver"), asserting that Quiksilver infringed on GMA's CHARLOTTE mark and demanding that Quiksilver cease its infringement.  A copy of this letter is attached as **Exhibit A**.

      3.      On August 21, 2007, Mitch Milstein, General Counsel for Quiksilver, replied to this firm, arguing that Quiksilver had not used the CHARLOTTE mark, and even if it did, there was no likelihood of confusion.

      4.      On August 31, 2007 this firm sent a detailed response to Mr. Milstein, confirming Mr. Milstein's representation that Quiksilver had stopped using CHARLOTTE.  A copy of this letter is attached as **Exhibit B**.

      5.      Quiksilver did not respond and this firm continued to find evidence of Quiksilver's infringement.  See e.g. **Exhibit C**.  On September 20, 2007, this firm again urged Quiksilver to stop infringing; a copy of this letter is attached as **Exhibit D**.

6.      Rather than cooperate, Mr. Milstein demanded, among other things, that we provide him with proof that the CHARLOTTE mark was in use by GMA; a copy of Mr. Milstein's letter is attached as **Exhibit E**.  Apparently, he had not bothered to review the proof of use reflected in numerous filings to which he was referred in our correspondence.  Hoping that we might avoid a lawsuit, which began to appear unavoidable, on October 16, 2007 we enclosed pictures of hats from GMA's showroom; the letter also reminded Quiksilver of its exposure to damages for continued infringement.  A copy of this letter is attached as **Exhibit F**.  During this fruitless exchange with Mr. Milstein, Quiksilver Charlotte hats and hooded fleece tops were prevalent in the market.  *See e.g.* **Exhibit G**.

7.      On October 29, 2007, Mr. Milstein requested that this firm send him proof of GMA's use of the CHARLOTTE mark in connection with *each and every good identified in the many registrations that GMA holds* regarding the CHARLOTTE mark.  A copy of this letter is attached as **Exhibit H.**

8.      During the December, 2007 holiday season, the hat and hoodie were sold all over the internet.  *See e.g.* **Exhibit I**.  See also Charlotte hats in Quiksilver's "Holiday 2007" product catalog, an excerpt of which is attached at **Exhibit J** and Charlotte hoodie in its "Sportswear Fall 2007" product catalog.  *See* **Exhibit K**.

9.      GMA filed suit on December 26, 2007.  Two days later, Quiksilver "urgently" initiated efforts to stop infringing.  *See* **Exhibit L**.

10.     Copies of prior consent judgments obtained in litigation protecting the CHARLOTTE mark are attached as **Exhibits M, N, O, P, Q, R**.

11.     GMA's policing of the CHARLOTTE mark dates back at least 6 years when it not only regularly sent cease and desist letters stopping companies from using the mark early, thereby avoiding litigation, but also initiated numerous proceedings in the Trademark Trial and Appeal Board successfully halting many would be users of the CHARLOTTE mark on similar goods.

12.     A copy of defendants' Rule 26(a)(1) disclosures is attached as **Exhibit S**.

Dated: New York, New York
        July 24, 2008

_____
        John P. Bostany

# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

August 14, 2007

**UPS AIR**

Bob McKnight, C.E.O.
Quiksilver, Inc.
15202 Graham Street
Huntington Beach, California   92649

Re:   CHARLOTTE® Trademark Infringement

Dear Mr. McKnight:

We represent GMA Accessories, Inc., the owner of the registered trademark CHARLOTTE® in various classes including headgear. A copy of the current title and status of this registration is attached.  It has come to our attention that your Roxy division is marketing and selling a hat named CHARLOTTE without permission from the trademark owner.

We demand that you immediately cease and desist all use of the CHARLOTTE® brand name.  Provide me with certification within 7 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark. Within 14 days of your receipt of this letter we demand that you provide us:

(1)     a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's Charlotte®  brand name;
(2)     the quantity sold of each; the purchase and sale price; and your remaining inventory.

If you fail to comply we will be forced to enforce the trademark owner's rights in court.

Very truly yours,

Adrienne S. Raps

Enclosure



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 17, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,535,454 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10 YEARS FROM  February 05, 2002*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BURNETT
Certifying Officer

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,535,454

## United States Patent and Trademark Office

Registered Feb. 5, 2002

### TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE

GMA ACCESSORIES, INC. (NEW YORK COR-
PORATION)
1 EAST 33RD STREET, 9TH FLOOR
NEW YORK, NY 10016

FOR: CLOTHING, FOOTWEAR AND HEAD-
GEAR, NAMELY HATS, SCARVES, GLOVES AND
SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-15-1996; IN COMMERCE 11-15-1996.

OWNER OF U.S. REG. NOS. 221,405 AND 2,217,341.

SER. NO. 75-857,222, FILED 11-24-1999.

ELLIOTT ROBINSON, EXAMINING ATTORNEY

**UPS 2nd Day Air**

**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Terms and Conditions.

**TRACKING NUMBER**  1Z 28Y F56 37 1001 3191

**① SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.  **28YF56**

REFERENCE NUMBER

NAME                                    TELEPHONE  **212-530-4400**

COMPANY  **THE BOSTANY LAW FIRM**

STREET ADDRESS  **40 WALL ST FLR 61**

CITY AND STATE  **NEW YORK**          ZIP CODE  **NY 10005-1304**

**② DELIVERY TO**

NAME  Bob McKnight CEO          TELEPHONE

COMPANY  Quiksilver, Inc

STREET ADDRESS  15202 Graham Street          DEPT./FLR.  ☐ Residential Delivery

CITY AND STATE  Huntington Beach CA          ZIP CODE  92649

**③ WEIGHT**  Enter "LTR" if Letter          **DIMENSIONAL WEIGHT** If Applicable          **LARGE AIR PACKAGE** ☐

**④ SHIPPER RELEASE** ☐

**⑤ 2ND DAY AIR CHARGE**          CHARGES $

**⑥ OPTIONAL SERVICES**

☐ SATURDAY PICKUP  See instructions.          $

☐ DECLARED VALUE FOR CARRIAGE  Contents are automatically protected up to $100. For declared value over $100, see instructions.  $ _____ AMOUNT          $

☐ C.O.D.  If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package.  $ _____ AMOUNT          $

**⑦ ADDITIONAL HANDLING CHARGE**

☐ An Additional Handling Charge applies for certain items. See instructions.          $

**TOTAL CHARGES**          $

**⑧ METHOD OF PAYMENT**

☐ Bill SHIPPER'S ACCOUNT NUMBER  In Section 1          ☐ BILL RECEIVER          ☐ Bill THIRD PARTY  Record Account No. In Section 9          ☐ CREDIT CARD          American Express Diner's Club MasterCard Visa          ☐ CHECK

**⑨ RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**          EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE          ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. diversion contrary to U.S. law is prohibited.

**⑩ SHIPPER'S SIGNATURE** X _____          DATE OF SHIPMENT 08/14/07

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service, which are available at ups.com and local UPS offices.

0201911252609  1/05  S

**SHIPPER'S COPY**

# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

August 31, 2007

Mitch Milstein, Esq.
General Counsel Global IP
15362 Graham Street
Huntington Beach, CA 92649

### Re: CHARLOTTE®

Dear Mr. Milstein:

This letter is in response to your letter of August 21, 2007.

GMA's registration to the CHARLOTTE trademark in Class 25, which includes, among other items, "clothing", has been deemed incontestable by the USPTO pursuant to Section 15 of the Lanham Act in the same class of goods trafficked as CHARLOTTE by Quicksilver, Inc. GMA's incontestable registration is "conclusive evidence" of GMA's exclusive right to the CHARLOTTE trademark on the goods listed in the registration. 15 U.S.C. §1115(b); *Gucci America, Inc. v. Exclusive Imports International*, 2007 WL 840128 at *3 (S.D.N.Y. 2007).

GMA uses CHARLOTTE on numerous types of accessories which are available on www.capellinewyork.com. Furthermore, even if there is a question as to whether or not GMA's products compete with your client's, the products are certainly related goods. "The Lanham Act extends trademark protection to related goods in order to guard against numerous evils in addition to restraints on the possible expansion of the senior user's market, including consumer confusion, tarnishment of the senior user's reputation, and unjust enrichment of the infringer." *Mobil Oil Corp. v. Pegasus Petroleum Corp.*, 818 F.2d 254, 259 (2d Cir. 1987). *See also, Lois Sportswear, U.S.A., Inc. v. Levi Strauss & Company*, 799 F.2d 867, 874 (2d Cir. 1986) (*quoting* Judge Learned Hand, "…unless the borrower's use is so foreign to the owner's as to insure against any identification of the two, it is unlawful." *Yale Electric Corp. v. Robertson*, 26 F.2d 972, 974 (2d Cir. 1928)). It is well established that one of the interests protected by the Lanham Act is a "senior user's interest in being able to enter a related field at some future time." *Scarves by Vera, Inc. v. Todo Imports Ltd.*, 544 F.2d 1167, 1172 (2d Cir.1976); *Horn's Inc. v. Sanofi Beaute, Inc.*, 963 F.Supp. 318, 325 (S.D.N.Y. 1997).

The Second Circuit has in many instances protected trademark owners' rights when their marks are used by others on related, but not directly competing, products. *Rosenthal v Ritelite* 986 F.Supp. 133, 140 (E.D.N.Y. 1997). *See also, Warner Bros., Inc. v. Gay Toys, Inc.*, 658 F.2d

76, 78-79 (2d Cir. 1981). These cases recognize that consumers do not always know all of the types of products manufactured by a particular company and can reasonably be expected to be confused about source or sponsorship when a mark from one product area appears in a related product area. *Rosenthal v Ritelite*, 986 F.Supp. at 140.

The addition of a company name to an incontestable trademark does not excuse the infringement. *Home Shopping Club v. Charles of the Ritz Group*, 820 F.Supp.763, 769 (S.D.N.Y. 1993) (concluding that the addition of defendant's name increases the misappropriation in that it could lead a consumer to believe that there is a connection between the products where none exists).

Thank you for your certification that Quicksilver, Inc. has stopped using CHARLOTTE. We understand that you sold 8,000 units and are optimistic that an amicable settlement can be reached and ask that you satisfy the remainder of the requests contained in my letter dated August 14, 2007 so that we may have a meaningful settlement discussion.

Very truly yours,

Adrienne S. Kosta
(formerly Raps)

# SWELL

GUYS  GIRLS  GEAR  ROOM  ROOTS    search keyw|

HOME



VIEW LARGER

 **ROXY**

## ROXY CHARLOTTE HAT

Item#: RXG0302CHR

We're always horsing around, which is why we love this
cute military cap that features a keyhole at back for your
pony tail. Details also include a logo pin and logo screened
lining.

AVAILABLE COLORS:

$22.00  [1]  QTY

Select a Color                    ▼   SIZE CHARTS

ADD TO BASKET

ADD TO WISH LIST    TELL A FRIEND

YOU MI|



SP
SI

EZEKIEL

BILLABO

© 2004 SWELL   ABOUT US   CONTACT US   CUSTOMER SERVICE   1.800.ALL.SURF   PRIVACY & SECURITY   FREE CATALOG   EMAIL UPDATES: |your

# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

September 20, 2007

Mitch Milstein, Esq.
General Counsel Global IP
15362 Graham Street
Huntington Beach, CA 92649

**Re: CHARLOTTE®**

Dear Mr. Milstein:

You have not replied to my August 31, 2007 letter and still have failed to supply the information I requested from you on August 14, 2007.

I called you as a courtesy and you asked me to supply you with proof of GMA's use of the CHARLOTTE mark. I invited you to review the documents filed by GMA in the SDNY proceeding under docket # 07 Civ. 3219 as well as the decision dated August 29, 2007, which is attached.

We are attempting to discuss a reasonable settlement with you without the need for a lawsuit. If we are forced to commence litigation, we will seek treble damages pursuant to 15 U.S.C. 1117(b) along with statutory damages pursuant to 1117(c).

Please comply with the demands contained in our letter of August 14, 2007 within 7 days.

Very truly yours,

Adrienne S. Kosta
(formerly Raps)

Enclosure

15362 GRAHAM STREET, HUNTINGTON BEACH, CALIFORNIA 92649
TEL 714 889 2200 FAX 714 889 3700

9/26/2007

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Adrienne Kosta
The Bostany Law Firm
40 Wall Street
61st Floor
New York, New York 10005

Re: charlotte

Dear Ms. Kosta:

As we discussed on the phone, I would like to have evidence of your client's use of 'Charlotte'. In other words, your client has a registration for 'hats, scarves, gloves and socks'; do they have use of hats? If so, can you point me to evidence of such? I would appreciate it if you would answer these two questions for each of the goods in your client's registration. Contrary to what you told me, the order from the Southern District Court does not address my questions.

I assume that the information you are still waiting for from me is: the purchase and sale price of the hat in question. Frankly, we did not purchase those hats and the sale price of the hats will presumably vary. Can you please let me know why you need this information in light of our agreement to stop using 'Charlotte' as a style name?

Very truly yours,

Mitch Milstein
General Counsel Global IP

MNM/mt



# THE BOSTANY LAW FIRM

### 40 WALL STREET

### 61ST FLOOR

### NEW YORK, NEW YORK 10005-1304

### TEL: 212-530-4400

#### FAX: 212-530-4488

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

October 16, 2007

Mitch Milstein, Esq.
Quicksilver, Inc. d/b/a Roxy
General Counsel Global IP
15362 Graham Street
Huntington Beach, CA 92649

### Re: CHARLOTTE® - ROXY

Dear Mr. Milstein:

Pursuant to your request, enclosed are pictures of GMA's CHARLOTTE hats as you requested. We have requested your price points and cost of goods because damages are in order, where, as here a simple trademark search would have revealed GMA's CHARLOTTE trademark in various classes including clothing, hats, footwear, handbags, and others. Under the Lanham Act, federal registration of a trademark is deemed constructive notice of the registrant's claim of ownership of their trademark. 15 U.S.C. §1072; *Toyota Jidosha Kabushiki Kaisha v. Aliments Lexas Inc.*, 2004 WL 1304054 at * 8 (E.D.N.Y. 2004).

In determining a second user's intent, actual or constructive knowledge of the prior user's mark may indicate bad faith. *Paddington Corp., v. Attiki Importers & Distrib.*, 996 F.2d 577, 587 (2d Cir. 1993); *Mobil Oil Corp. v. Pegasus Petroleum Corp.*, 818 F.2d 254, 258 (2d Cir. 1987). *See also International Star v. Tommy Hilfiger*, 80 F.3d 749, 753-754 (2d Cir. 1996) (a company cannot avoid a finding of knowledge by "covering their eyes and ears").

Moreover, there is recent authority authored by the Chief Judge of the Southern District which no longer requires a showing of bad faith. *Nike v. Top Brand, Co.*, 2005 WL 1654859 at * 10 (S.D.N.Y. 2005) ("a showing of bad faith or intentional misconduct" is no longer required to recover profits pursuant to the amendments of the Lanham Act).

It is also significant that "the language of the statute indicates that absent extenuating circumstances, 'federal courts are expected, and not merely authorized' to grant treble profits or damages, whichever is greater, in cases of willful infringement." *Nike, Inc. v. Top Brand Co. Ltd.*, 2005 WL 1654859 at * 10 (S.D.N.Y. 2005) *quoting Fendi S.A.S. Di Paola Fendi E Sorelle v. Cosmetic World, Ltd.*, 642 F.Supp 1143, 1147 (S.D.N.Y. 1986).

We are also cognizant of the strict scrutiny in the Second Circuit of deductions on gross revenue. In assessing profits the plaintiff is only required to prove defendant's sales because it is the defendant's burden to prove any cost or deduction claimed and it has failed to do so. *See Simon & Schuster, Inc. v. Dove Audio, Inc.*, 970 F. Supp. 279, 302 (S.D.N.Y. 1997); *New York Racing Association, Inc. v. Stroup News Agency, Corp.*, 920 F. Supp. 295, 300 (N.D.N.Y. 1996).

Please supply us your price points, cost of goods and quantity sold within 5 days so that we might have a settlement conversation before, rather than after, litigation is commenced that will be costly for both sides.

Very truly yours,

Andrew T. Sweeney



C 009870

# NORDSTROM

Welcome to Nordstrom. Would you like to sign in?

your account | shopping bag: 0 items | customer service | live help | our stores

women    men    juniors    baby & kids    shoes    handbags & accessories    beauty & fragrance    at home & gifts    sale    designer collections

search: | In All Categories |    [GO]

advanced search | brands

FREE shipping on your entire online order when you purchase a regularly priced pair of shoes. SEE DETAILS

## Search Results:
Your search for roxy charlotte in All Categories has produced 2 items.

Matching Items Sorted By:    What's New | **Bestsellers** | Price | **Sale First**

Your search produced 2 items.

Narrow your search with the links below.

**By category:**

At Home & Gifts [2]
Handbags & Accessories [2]
Juniors BP. [2]
Women's Apparel [2]

**By color:**

Black [1]
Brown [1]
White [1]

**By price:**

$50 or less [2]

**By brand:**



NEW!
Roxy 'Charlotte'
Military Cap
$22.00

NEW!
Roxy 'Charlotte'
Military Cap
$22.00

[Subscribe] | What is RSS?

[Subscribe] | What is RSS?

Swell - From Wetsuits and Surf Gear to Fashion and Footwear! Our surf shop features the best of the surf brands for both guys ...     Page 1 of 1

# SWELL

ORDER TRACKING     MY ACCOUNT     SHOPPING BASKET

GUYS   GIRLS   GEAR   ROOM   ROOTS

search keyword or item #

ADVANCED

SEARCH RESULTS

We found 1 product(s) matching your search for charlotte

SHOP BY [size ▼]     SORT BY [Latest Styles ◄]



ROXY CHARLOTTE
HOODIE
$58.00

© 2007 SWELL     ABOUT US     CONTACT US     CUSTOMER SERVICE     1.800.4ALL.SURF     PRIVACY & SECURITY     FREE CATALOG     EMAIL UPDATES: your email address

15362 GRAHAM STREET, HUNTINGTON BEACH, CALIFORNIA 92649
TEL714 889 2200 FAX714 889 3700

10/29/2007

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Andrew Sweeney
The Bostany Law Firm
40 Wall Street
61st Floor
New York, New York 10005

       <u>Re: charlotte</u>

Dear Mr. Sweeney:

    As I pointed out in my previous letter, I am seeking evidence of use of Charlotte for each of your registered goods. So far, I only see alleged use of Charlotte in connection with a hat. As you know, your client has scarves, gloves, and socks registered too. Again, once I receive this information, I would be happy to discuss this issue further.

           Very truly yours,

           Mitch Milstein
           General Counsel Global IP

MNM/mt

 

 **CLICK HERE** to learn more about Fraud Monitoring and the multiple ways Visa protects you. 

| Books | Cars | Clothing | Computers | Electronics | Flowers & Gifts | Health & Beauty |
| Home & Garden | Jewelry | Kids & Family | Movies | Music | Office | Sports | Video Games |

Search for: [ roxy charlotte ]  in  [ All Categories ▼ ]  (GO)

Sponsored Listings

**Roxy - Official Site**
Shop Online at our Brand New Site! Styles Inspired By Beach & Snow.
Roxy.com

**Roxy Charlotte**
Shop Online for Roxy Brand Girls' Apparel. Free Shipping & Returns.
Zappos.com

**Roxy Gear at REI**
Roxy Clothes, Gear & More. $20 Off Orders of $100 or More!
www.REI.com

Back to: Clothing and Accessories

## You found 9 items in Clothing     "roxy charlotte"

Showing 1-9 of 9                                    Enter your ZIP [          ]  Enter

| Product Description | | Store name & Rating | Price |
|---|---|---|---|

Featured Product



**Roxy - Charlotte Hoodie (Womens Formula One)**
Free Overnight Shipping - A little breezy outside? Then you better have this hoodie to keep you warm. Super cute houndstooth print with the Roxy&reg; ... Read more at Zappos.com
IN STOCK

Zappos.com
✓✓✓✓✓
12,276 store reviews
Trusted store

**$58.00**

SEE IT

---

Featured Product



**Roxy Charlotte Women's Hooded Zip Sweatshirt - Formula One Red**
Read more at Amazon
IN STOCK
Free Shipping: orders over $25

amazon.com
✓✓✓✓½
1,508 store reviews
Trusted store

**$55.99**

SEE IT

See all products from Amazon (3)

---

Featured Product



**Roxy Charlotte Hoodie**
Totally over the jungle feline prints? We kinda are too, which is why we we're stoked to get this houndstooth print sweatshirt, featuring a drawstring... Read more at Swell
IN STOCK
New

SWELL

Review this store

**$39.99**

SEE IT

---

Enter your ZIP code to see total price

Price + Tax + Shipping = Total Price

Your zip: [          ]  Enter

---



**ROXY Charlotte Womens Hat - Coffee**
Read more at Amazon
IN STOCK
Free Shipping: orders over $25

amazon.com
✓✓✓✓½
1,508 store reviews
Trusted store

**$21.99**

SEE IT

See all products from Amazon (3)

---

**Roxy Charlotte Women's Hooded Zip Sweatshirt - Formula One Red**
Read more at Amazon Marketplace
IN STOCK
Fantastic prices with ease & comfort of Amazon.com!

Amazon
Marketplace
✓✓✓½
129 store reviews

**$55.99**

SEE IT

See all products from Amazon Marketplace (3)

---



**ROXY Charlotte Womens Hat - Coffee**
Read more at Amazon Marketplace
[IN STOCK]
Fantastic prices with ease & comfort of Amazon.com!

**Amazon Marketplace**
✓✓✓
129 store reviews

$21.99
SEE IT

See all products from Amazon Marketplace (3)



**Roxy Charlotte Zip Hood**
Zip hooded fleece with all over houndstooth print. 80/20 cotton/poly. 24" hps. Read more at Wakeside
[IN STOCK]
New

**Wakeside**

$58.00
SEE IT

**ROXY CHARLOTTE HOODIE**
Read more at Amazon
[IN STOCK]
Free Shipping: orders over $25

**amazon.com**
✓✓✓✓
1,508 store reviews
Trusted store

$39.99
SEE IT

See all products from Amazon (3)

**ROXY CHARLOTTE HOODIE**
Read more at Amazon Marketplace
[IN STOCK]
Fantastic prices with ease & comfort of Amazon.com!

**Amazon Marketplace**
✓✓✓
129 store reviews

$39.99
SEE IT

See all products from Amazon Marketplace (3)

Showing 1-9 of 9

Why are these stores listed?

Sponsored Listings

**Quiksilver**
Shop Quiksilver apparel & swimwear Free Shipping on every $100+ order!
www.nordstrom.com

**Roxy Online**
Roxy Clothes, Shoes, & Accessories. Get Your Surf Gear From Swell.com!
Swell.com/Roxy

**Billabong Clothes & Gear**
Buy Billabong at PacSun. Huge Selection. Free Shipping!
www.PacSun.com

Featured listings from eBay

**ABERCROMBIE ROXY CHARLOTTE RUSSE SHIRT LOT SZ LARGE LG**
Current bid: $9.99  Auction ends: 2007-12-24 03:05:07 GMT  *Buy It Now*  $14.99
www.ebay.com

➢  See eBay's 1 fixed price listing for "roxy charlotte"

➢  See all eBay listings for "roxy charlotte"

Prices are provided by the merchants. We assume no responsibility for accuracy of price information provided by merchants. Please alert us to any pricing discrepancies and we will alert the merchant. Sales taxes and shipping costs are estimated based on the geographical location of your IP address. You may provide your Zip code above if you would like to improve the accuracy of the sales tax and shipping cost estimates. To learn more about why certain stores are listed on the site, click here.

Product specifications are obtained from third parties, and while we make every effort to assure the accuracy of product information, we do not assume any liability for inaccuracies. Store ratings and product reviews are written and submitted by online shoppers to assist you as you shop. They do not reflect our opinions. We take no responsibility for the content of ratings and reviews submitted by users.

home | about | privacy | user agreement | site index

Shopping.com Network

Copyright © 2000-2007 DealTime Ltd.

Roxy Charlotte Hat > Winter Hats - Free Shipping & No Sales Tax                    Page 1 of 2




Save on Your Next Order          Sign In

**Navigation**

Accessories · Headwear · Winter Hats

Roxy Charlotte Hat



**Departments**
Men's Clothing
Women's Clothing
Kids' Clothing
Watches
Footwear
Sunglasses
Snow Goggles

**Gear Shops**
Snowboard Gear
Ski Gear
Surf
Wakeboard
Car Racks
Hiking Gear
Climbing Gear
Camping Gear
Travel Gear
Backpacks & Bags

**Site**
My Account
Sitemap
Contact
FAQ / Help
Order Tracking
Shop By Brand

**Why US Outdoor?**
Expert Customer
Service
Free Shipping
No Sales Tax
Hassle Free Returns
Live Product Availability
Authorized Internet
Retailer
Hacker Safe Site
Online Since 1996
We Don't Sell Junk



**Purchase Item**

free ground shipping still available, just not by the 25th

**PRODUCT:**
Roxy Charlotte Hat

**BRAND:**
Roxy

**SKU:**
449A00PK

**PRICE:**
$22.00

**SIZE & COLOR:**
COF, OS ($22.00)

**CHOOSE QUANTITY:**
1

add to cart

- Usually ships out in 1-2 days
- Items can always be removed later
- Review Roxy Charlotte Hat

BOOKMARK

**Top Selling Products**
Arcteryx Brim Beanie
Arcteryx Classic Beanie
Arcteryx Covert Beanie
Arcteryx Molly Hat
Arcteryx Horsenoggen Beanie
Armada Big Logo Beanie
Coal The Dubai Beanie
Coal The Holita Hat - Women's
Coal The Randle Hat
Coal The Taylor Beanie
Coal The XL Beanie
Electric The Collector New Era Hat
Matix Groomer Hat
Mountain Hardwear Dome Perignon 03
Mountain Hardwear Light Weight Wool Dome
Mountain Hardwear Nut Beret
Mountain Hardwear Power Stretch Beanie
Mountain Hardwear Windstopper Micro Dome
Outdoor Research Alpine Hat™
Patagonia Lightweight Ski Hat




| Description | Features | Similar Items | Reviews |

**Description of Roxy Charlotte Hat**

As the leaves change color and fall arrives, the Roxy design team is creating styles for you to bundle up in. Invoking leggings, flirty dresses, soft sweaters and layered pants Roxy wants you to look stylish through the cold winter months.

Enjoy the comfort of your Roxy hat.

Browse a few of our featured brands & most popular products:

travel gear        backpacks        rain jackets        snowboards        lib tech
north face        mountain         arcteryx           reef sandals       ride concept
                  hardware

dakine            north face denali  volcom            sleeping bags      marmot jackets
boardshorts       burton            hiking boots       ride snowboards    oakley
                  snowboards                                               sunglasses

snowboard         armada skis       north face jacket  quiksilver         skis
bindings                                               boardshorts

CLICK HERE to learn more about Zero Liability
and the multiple ways Visa protects you.



Bookmark This Page | Your Cart | Your Account (Sign In)

Home    Clothing    Shoes    Computers    Electronics    Gift Cards    At Home    Health    Kids    See all ▶

What are you shopping for? | roxy charlotte                    | ▼ | Search

Back to: Home > Clothing and Accessories > Clothing > "roxy charlotte"

## Clothing

Holiday Picks
Gift Cards

There are 6 items that
matched your selection.
There are no additional ways to
narrow down these results.

Or search these items

| | Find

---

**Advertisement**

You live in more
than one place,
so you need a
wireless network
that works in
BALTANTBIA.

BALTANTBIA

---

| Sort by: | Best-match ▼ | Showing: | 30 per page ▼ | Calculate tax & shipping |

**Roxy - Charlotte Hoodie (Womens Formula One)**
(In stock)
Free Overnight Shipping - A little breezy outside? Then you better
have this hoodie to keep you warm. Super cute houndstooth print
with the Roxy&reg; ... More at Zappos.com
*Featured Item*

Zappos.com        $58.00
12,276 store reviews    FREE SHIPPING
See store info        at Zappos.com
                    SEE IT

**Roxy Charlotte Women's Hooded Zip Sweatshirt -
Formula One Red**
More at Amazon
*Featured Item*

amazon.com        $55.99
✓✓✓✓✓      at Amazon
1,508 store reviews    SEE IT
See store info

**Roxy Charlotte Hoodie**
(In stock)
Totally over the jungle feline prints? We kinda are too, which is why
we're stoked to get this houndstooth print sweatshirt, featuring a
drawstring... More at Swell
*Featured Item*

SWELL
This store is not yet rated    $39.99
Review this store    at Swell
See store info        SEE IT

---

See Buying Guides for Clothing   | ▼ Open |

**Roxy Charlotte Zip Hood**
(In stock)
Zip hooded fleece with all over houndstooth print. 80/20 cotton/poly.
24" hps. More at Wakeside
*Featured Item*

Wakeside        $58.00
This store is not yet rated    FREE SHIPPING
See store info        at Wakeside

                    SEE IT

**ROXY Charlotte Womens Hat - Coffee**
(In stock)
More at Amazon

*Featured Item*

amazon.com        $21.99
✓✓✓✓✓      at Amazon
1,508 store reviews    SEE IT
See store info

**ROXY CHARLOTTE HOODIE**
(In stock)
More at Amazon

*Featured Item*

amazon.com        $39.99
✓✓✓✓✓      at Amazon
1,508 store reviews    SEE IT
See store info

Showing 1 - 6 of 6 items

Why are these stores listed?                                    Back to top

Sponsored Listings                                              [?]

**Roxy Gear at REI**
Roxy Clothes, Gear & More. $20 Off Orders of $100 or More!
www.REI.com

**Roxy - Official Site**
Shop Online at our Brand New Site! Free Two-Day Shipping Over $100.
Roxy.com

**Huge Volcom Selection**
Hundreds of Volcom Styles Available Massive Selection and Free Shipping
www.killerdana.com

**Roxy Charlotte**
Shop Online for Roxy Brand Girls' Apparel. Free Shipping & Returns.
Zappos.com

**Roxy Online**
Roxy Clothes, Shoes, & Accessories. Get Your Surf Gear From Swell.com!
Swell.com/Roxy

**Featured listings from**

ABERCROMBIE ROXY CHARLOTTE RUSSE SHIRT LOT SZ LARGE LG
Current bid: $9.99   Auction ends: 2007-12-24 03:05:07 GMT   =Buy It Now $14.99
www.ebay.com

See eBay's 1 fixed price listing for "roxy charlotte"

See all eBay listings for "roxy charlotte"

Prices are provided by the merchants. We assume no responsibility for accuracy of price information provided by merchants. Please alert us to any pricing discrepancies and we will alert the merchant. Sales taxes and shipping costs are estimated based on the geographical location of your IP address. You may provide your Zip code above if you would like to improve the accuracy of the sales tax and shipping cost estimates. Please check store for exact shipping costs. To learn more about why certain stores are listed on the site, click here

Product specifications are obtained from third parties, and while we make every effort to assure the accuracy of product information, we do not assume any liability for inaccuracies. Store ratings and product reviews are written and submitted by online shoppers to assist you as you shop. They do not reflect our opinions. We take no responsibility for the content of ratings and reviews submitted by users.



What are you shopping for? roxy charlotte                          [ Search ]



Share your feedback

Home  |  About Shopping.com  |  Merchant Directory  |  Site Index  |  Feedback  |  Top Searches
France  |  Germany  |  United Kingdom  |  Australia  |  USA
eBay  |  Epinions  |  Kijiji  |  PayPal  |  Apartments for Rent
Join our Merchant Program  |  Join our Partner Program  |  Advertise with Us  |  Jobs
Merchant Login  |  Help  |  User Agreement  |  Contact Us  |  Privacy  |  What's In Store blog  |  Workshop

Copyright © 2000-2007 Shopping.com



QUIK 000058







QUIK 000063



active



high rise
(sil)

snow white
(van)

chocolate brown
(cof)



dress blues
(drb)

grape royale
(pur)

peacock blue
(vtl)

caviar
(blk)





caviar
(blk)

sparkling grape
(egp)

formula one
(red)





J474776

## showtime

l/s printed zip hoodie with logo
embroidery, 80/20 cotton poly fleece all
over printed, 240 gms
24" hps

| WHSL USA ($28.00) | MSRP USA ($58.00) |
|---|---|
| WHSL CAN ($35.00) | MSRP CAN ($72.00) |

| size | xs | s | m | l | xl | | | | |
|---|---|---|---|---|---|---|---|---|---|
| scale | 1 | 1 | 2 | 2 | 1 | | | | |

delivery date: 5|25  6|25  7|25

J474805

## anthem plaid

l/s zip hoodie with all over printed plaid
and logo embroidery
80/20 cotton poly fleece, 240 gms
24" hps

| WHSL USA ($28.00) | MSRP USA ($58.00) |
|---|---|
| WHSL CAN ($35.00) | MSRP CAN ($72.00) |

| size | xs | s | m | l | xl | | | | |
|---|---|---|---|---|---|---|---|---|---|
| scale | 1 | 1 | 2 | 2 | 1 | | | | |

delivery date: 5|25  6|25  7|25

J474752

## charlotte

l/s zip hooded fleece with houndstooth
all over print
80/20 cotton poly fleece, 240 gms
24" hps

| WHSL USA ($28.00) | MSRP USA ($58.00) |
|---|---|
| WHSL CAN ($35.00) | MSRP CAN ($72.00) |

| size | xs | s | m | l | xl | | | | |
|---|---|---|---|---|---|---|---|---|---|
| scale | 1 | 1 | 2 | 2 | 1 | | | | |

delivery date: 5|25  6|25  7|25

(36) ROXY

QUIK000188

Re: Charlotte Hat - remove please

**From:** Aaron Sullivan [mailto:SullivanA@gsicommerce.com]
**Sent:** Friday, December 28, 2007 10:44 AM
**To:** Mike Lund
**Cc:** Erin Shuman; Joel Stauffer; Lisa Skowrup
**Subject:** Re: Charlotte Hat - remove please


Hi everyone,

We'll have it pulled mid-day.

Aaron

----- Original Message -----
From: Mike Lund <Mike.Lund@quiksilver.com>
To: Aaron Sullivan
Cc: Erin Shuman; Joel Stauffer; Lisa Skowrup <Lisa.Skowrup@quiksilver.com>
Sent: Fri Dec 28 13:41:54 2007
Subject: Charlotte Hat - remove please

Thought I'd ping Erin and Joel on this too: can we get a product removed from the Roxy site ASAP today please?  See below for details.


From: Lisa Skowrup
Sent: Friday, December 28, 2007 10:30 AM
To: 'Aaron Sullivan'; 'Cheryl Schwarb'
Subject: need to remove from the roxy site today
Importance: High


Hi Aaron and Cheryl,

I urgently need to hide 2817877, Charlotte Hat.

This needs to happen today.

I know how to do it, I just don't have catman access yet.

Thanks, Lisa

QUIK000271

Ira S. Sacks
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100
*Attorneys for Party-in-Interest*
*Sanei Charlotte Ronson, LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ JUN 2 0 2008
DATE FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                    :
GMA ACCESSORIES, INC.,                              :
                                                    :
                            Plaintiff,              :
                                                    :
            v.                                      :   07 CV 3219 (LTS)(DCF)
                                                    :
CHARLOTTE SOLNICKI, CHARLOTTE B, LLC, :
EMINENT, INC., SAKS FIFTH AVENUE, INC.,  :
INTERMIX, INC., WINK NYC, INC.,                     :
LISA KLINE, INC., GIRLSHOP, INC.,                   :   [PROPOSED MODIFIED]
SHOWROOM SEVEN STUDIOS, INC.,                       :   ORDER and JUDGMENT as to
ELECTRIC WONDERLAND, INC.,                          :   BOP, LLC  AMENDED
SHOWROOM SEVEN INT'L,                               :
SHOWROOM SEVEN, JONATHAN SINGER,      :
GOSI ENTERPRISES, LTD., LEWIS TIERNEY,  :
TIERNEY DIRECT LLC and                              :
JONATHAN SOLNICKI,                                  :
                                                    :
                            Defendants.             :
                                                    :
-------------------------------------------------------------x

WHEREAS, plaintiff has accepted the offer of Judgment pursuant to Rule 68 as to BOP,

LLC, (hereinafter "BOP") and for good cause shown,

IT IS hereby ORDERED, ADJUDGED and DECREED that a $15,000 judgment be

entered in favor of the plaintiff GMA Accessories, Inc. and against defendant BOP, LLC; and it

is

FURTHER ORDERED and ADJUDGED that BOP is permanently enjoined from using

the mark CHARLOTTE or any marks similar to or substantially indistinguishable therefrom, including the mark CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display, transfer, marketing, advertising or distribution of unauthorized clothing or related merchandise; and it is

FURTHER ORDERED and ADJUDGED that, the foregoing notwithstanding, BOP is permitted to sell, purchase, offer for sale, display, transfer, market, advertise and distribute, merchandise using the CHARLOTTE RONSON marks going forward from the date hereof. *The*

The Clerk is directed to enter Judgment as to BOP accordingly, there being no just reason for delay. *this Order and Amended*

Dated: New York, New York
June 19, 2008

SO ORDERED:

Hon. Laura Taylor Swain
United States District

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

GMA ACCESSORIES, INC.

Plaintiff,

- against -

BOP, LLC, GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
JONATHAN SOLNICKI,
BELMONDO and EMINENT, INC.

Defendants.

------------------------------------------------X

**CONSENT JUDGMENT
AS TO BELMONDO**

Civil Action No.: 07CV3219 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  JUN 1 2 2007

WHEREAS, plaintiff has brought an action against BELMONDO, (hereinafter

"BELMONDO") seeking a permanent injunction and damages for the claims contained in the

amended complaint; on consent and for good cause shown,

IT IS hereby ORDERED, ADJUDGED and DECREED that BELMONDO, its owners,

agents, employees and all those acting in concert or active participation with them are hereby

permanently enjoined from the use of the word mark CHARLOTTE or any marks similar thereto

or substantially indistinguishable therefrom, including CHARLOTTE SOLNICKI, in connection

with the sale, purchase, transfer, marketing, advertising or distribution of any unauthorized

goods. All other claims as to BELMONDO are dismissed with prejudice on consent. The Clerk

is directed to enter Judgment as to BELMONDO accordingly, there being no just reason for

delay.

Dated: New York, New York
　　　June ___, 2007

Noel W. Hauser, Esq.
Attorney for Defendant Belmondo
270 Madison Avenue – 13th Floor
New York, New York 10016
212-688-8400

Andrew T. Sweeney (AS – 0724)
Attorney for Plaintiff
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, NY 10005
(212) 530-4400

SO ORDERED:                    6/11/2007

Hon. Laura Taylor Swain
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

GMA ACCESSORIES, INC.

                      Plaintiff,

     - against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., LEWIS TIERNEY,
TIERNEY DIRECT LLC and
JONATHAN SOLNICKI,

                      Defendants.

-------------------------------------------------------X

Civil Action No.: 07CV3219 (LTS)

CONSENT JUDGMENT as to GOSI
ENTERPRISES, LTD. and JONATHAN
SINGER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
FILED: JUN 2 5 2008

WHEREAS, plaintiff has brought an action against GOSI ENTERPRISES, LTD. and

JONATHAN SINGER (hereinafter "GOSI Defendants") seeking a permanent injunction and

damages for the claims contained in the third amended complaint, namely that Gosi, a clothing

retailer of third party products offered for sale and sold third party clothing goods under the

trademark CHARLOTTE SOLNICKI; and

     **WHEREAS,** GMA and Gosi desire to settle the controversies between them, including

but not limited to this Action, without any admissions of liability or infringement, on consent and

for good cause shown,

     IT IS hereby ORDERED, ADJUDGED and DECREED that GOSI ENTERPRISES,

LTD., its owners, agents, employees, and all those acting in concert or active participation with

the GOSI Defendants are hereby permanently enjoined from the use of the word mark

398235.1

CHARLOTTE or any marks similar thereto or substantially indistinguishable therefrom, including CHARLOTTE SOLNICKI, in connection with the sale, purchase, transfer, marketing, advertising or distribution of any goods listed in any active federally-registered trademarks for the trademark "CHARLOTTE" owned by GMA.

Gosi Defendants shall pay GMA ten thousand dollars ($10,000), by check made payable to "GMA Accessories, Inc." within five (5) business days after receipt by Gosi's counsel from counsel for GMA of notice that this Consent Judgment has been entered by the Court.

All other claims as to the Gosi Defendants are dismissed with prejudice on consent, with each party to bear its own fees and costs.

The Clerk is directed to enter Judgment as to GOSI ENTERPRISES, LTD. and JONATHAN SINGER accordingly, there being no just reason for delay.

Dated: New York, New York
June    , 2008

Consented to:

Jonathan Singer
(personally and for Gosi-Enterprises, Ltd.)

SO ORDERED:

The Bostany Law Firm by
John P. Bostany for plaintiff

Hon. Laura Taylor Swain
United States District Judge

398235.1                    -2-



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

GMA ACCESSORIES, INC.

                                        Plaintiff,

- against -                                              Civil Action No.: 07CV3219 (LTS)

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,                                 CONSENT JUDGMENT as to TIERNEY
INTERMIX, INC., WINK NYC, INC.,                          DIRECT LLC and LEWIS TIERNEY
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., LEWIS TIERNEY,
TIERNEY DIRECT LLC and
JONATHAN SOLNICKI,

                                        Defendants.

-----------------------------------------------------X

WHEREAS, plaintiff has brought an action against TIERNEY DIRECT LLC and LEWIS

TIERNEY (hereinafter "TIERNEY Defendants") seeking a permanent injunction and damages

for the claims contained in the third amended complaint; on consent and for good cause shown,

IT IS hereby ORDERED, ADJUDGED and DECREED that TIERNEY DIRECT LLC,

its owners, agents, employees, and all those acting in concert or active participation with the

TIERNEY Defendants are hereby permanently enjoined from the use of the word mark

CHARLOTTE or any marks similar thereto or substantially indistinguishable therefrom,

including CHARLOTTE SOLNICKI, in connection with the sale, purchase, transfer, marketing,

advertising or distribution of any goods listed in any active federally-registered trademarks for

the trademark "CHARLOTTE" owned by GMA.

All other claims as to the TIERNEY defendants are dismissed with prejudice on consent.

The Clerk is directed to enter Judgment as to TIERNEY DIRECT LLC and LEWIS

TIERNEY accordingly, there being no just reason for delay.

Dated: New York, New York
      April 30, 2008

John P. Bostany
The Bostany Law Firm
40 Wall Street, 61ˢᵗ Floor
New York, New York 10005
Attorneys for Plaintiff GMA Accessories, Inc.

Consented to:

Lewis Tierney
(personally and for Tierney Direct LLC)

SO ORDERED:

Hon. Laura Taylor Swain
United States District Judge

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

GMA ACCESSORIES, INC.

Plaintiff,

- against -

CHARLOTTE SOLNICKI,
CHARLOTTE B, LLC, EMINENT, INC.,
SAKS FIFTH AVENUE, INC.,
INTERMIX, INC., WINK NYC, INC.,
LISA KLINE, INC., GIRLSHOP, INC.,
SHOWROOM SEVEN STUDIOS, INC.,
ELECTRIC WONDERLAND, INC.,
SHOWROOM SEVEN INT'L, SHOWROOM
SEVEN, JONATHAN SINGER, GOSI
ENTERPRISES, LTD., LEWIS TIERNEY,
TIERNEY DIRECT LLC and
JONATHAN SOLNICKI,

Defendants.

--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 2 2008

Civil Action No.: 07CV3219 (LTS)

CONSENT JUDGMENT as to
CERTAIN RETAIL DEFENDANTS

WHEREAS, Plaintiff has brought an action against EMINENT, INC., SAKS FIFTH AVENUE, INC., INTERMIX, INC., WINK NYC, INC. and LISA KLINE, INC. (the "Settling Retail Defendants", and collectively with Plaintiff, the "Parties"), seeking a permanent injunction and damages for the claims contained in the third amended complaint; and

WHEREAS, the Parties have entered into a Settlement Agreement to resolve their differences,

On consent and for good cause shown,

IT IS hereby ORDERED, ADJUDGED and DECREED that EMINENT, INC., SAKS FIFTH AVENUE, INC., INTERMIX, INC., WINK NYC, INC. and LISA KLINE, INC., and each of its owners, agents, employees, and all those acting in concert or active participation with them are hereby permanently enjoined from the use of CHARLOTTE as a stand alone trademark

or CHARLOTTE SOLNICKI, in connection with the sale, purchase, offering for sale, display,

transfer, marketing, advertising or distribution of any products or services listed in any currently-

active federally-registered trademarks for the trademark "CHARLOTTE" owned by GMA.

All other claims by or against the Settling Retail Defendants are dismissed with prejudice

on consent.

The Clerk is directed to enter Judgment as to EMINENT, INC., SAKS FIFTH AVENUE,

INC., INTERMIX, INC., WINK NYC, INC. and LISA KLINE, INC. accordingly, there being no

just reason for delay.

Dated: New York, New York
        May 2, 2008

John P. Bostany
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005
212 530-4400
Attorneys for Plaintiff GMA Accessories, Inc.

Ira S, Sacks
Dreier LLP
499 Park Ave.
New York, New York 10022
212 328 6100
Attorneys for the Settling Retail
Defendants

SO ORDERED:

Hon. Laura Taylor Swain
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
GMA ACCESSORIES, INC.,                                   :
                                                         :
                        Plaintiff,                       :
                                                         :       **CONSENT JUDGMENT**
            - against -                                  :
                                                         :
CROSCILL, INC., LINENS N' THINGS, INC.,                  :       06 CV 06236 (GEL)(JCF)
BED BATH & BEYOND INC. and                               :
BURLINGTON COAT FACTORY                                  :
WAREHOUSE CORPORATION,                                   :
                                                         :
                        Defendants.                      :
                                                         :
-------------------------------------------------------- X

    UPON CONSENT OF ALL PARTIES HERETO, it is hereby

    ORDERED, ADJUDGED AND DECREED that defendant CROSCILL, INC. is enjoined

from using the word "Charlotte" in connection with the advertising or sale of any products, and it

is further

    ORDERED, ADJUDGED AND DECREED that this action as to CROSCILL, INC.,

BED BATH & BEYOND, INC. and BURLINGTON COAT FACTORY WAREHOUSE

CORPORATION is otherwise dismissed with prejudice and the action as to LINENS N

THINGS, INC. is stayed due to its Bankrupcy proceeding.


                        MOSES & SINGER LLP
                        *Attorneys for Defendants*

                        By:_____
                            David Rabinowitz
                        The Chrysler Building
                        405 Lexington Avenue
                        New York, New York 10174-1299
                        (212) 554-7800

614603v3  005594.0363

THE BOSTANY LAW FIRM
*Attorneys for Plaintiff*

By:

The Trump Building
40 Wall Street
New York, New York 10005
(212) 530-4400

SO ORDERED:

_____
U.S.D.J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GMA ACCESSORIES, INC.,<br><br>        Plaintiff,<br><br>    -against-<br><br>QUIKSILVER, INC., NORDSTROM, INC., SWELL, INC., JILL STUART, INC., and GURU DENIM, INC.<br><br>        Defendants. | Case No. 07 CV 11527 (VM)(RLE)<br><br>**DEFENDANT-COUNTERCLAIM PLAINTIFFS' INITIAL DISCLOSURES REGARDING AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant-Counterclaim Plaintiffs Quiksilver, Inc., Nordstrom, Inc. and Swell, Inc. (collectively, "Defendant-Counterclaim Plaintiffs") make the following initial disclosures regarding their affirmative defenses and counterclaims to Plaintiff-Counterclaim Defendant GMA Accessories, Inc. ("GMA"). The disclosures below represent information, documents, and things reasonably available to Defendant-Counterclaim Plaintiffs at this time. Defendant-Counterclaim Plaintiffs reserve the right to supplement or amend these disclosures as information becomes available pursuant to Rule 26 of the Federal Rules of Civil Procedure.

A.    **Rule 26(a)(1)(A)(i) – Individuals**

Defendant-Counterclaim Plaintiffs hereby identify the name, address, and telephone number of the following individuals who are likely to have discoverable information that they may use to support their counterclaims, unless solely for impeachment, and identifies the subjects of that information:

41875851.1

John P. Bostany, Esq.                          George Altirs
The Bostany Law Firm                           President
61st Floor                                     GMA Accessories, Inc.
40 Wall Street                                 1 East 33rd Street
New York, NY 10005                             New York, NY 10016
Tel: (212) 530-4400                            Tel: (212) 684-3344
Misuse of "Charlotte."                         Misuse of "Charlotte."
Sworn statements made to USPTO.                Sworn statements made to USPTO.
                                               Use of "Charlotte."

William Maloof
GMA Accessories, Inc.
1 East 33rd Street
New York, NY 10016
Tel: (212) 684-3344
Sales of GMA "Charlotte" products

In addition, Defendant-Counterclaim Plaintiffs identify all persons that may be named or

referred to in documents produced in the course of discovery, all persons that may be named in

responses to interrogatories, and all persons that may be named during depositions.

**B.      Rule 26(a)(1)(A)(ii) – Documents, Data Compilations, and Tangible Things**

Defendant-Counterclaim Plaintiffs hereby describe the category and location of

documents, data compilations, and tangible things that are in their possession, custody or control

and that they may use to support their counterclaims, unless solely for impeachment: (1)

documents filed by GMA in support of its "Charlotte" Registrations; (2) documents filed in

connection with GMA's numerous litigations before the Federal Courts and the Trademark Trial

and Appeal Board regarding "Charlotte."  Defendant-Counterclaim Plaintiffs reserve the right to

use documents and things to be produced by GMA in support of their counterclaims.

**C.      Rule 26(a)(1)(A)(iii) – Damages**

To be determined at trial, including Defendant-Counterclaim Plaintiffs' attorneys fees

and costs.

**D.    Rule 26(a)(1)(A)(iv) – Insurance**

Defendant-Counterclaim Plaintiffs are unaware of any insurance policy held by GMA which might satisfy a judgment against it.

Defendant-Counterclaim Plaintiffs hereby reserve the right to amend and/or supplement the foregoing initial disclosures.

Dated: July 10, 2008

By: _____

Stephen W. Feingold
Barry M. Benjamin
Mark S. Morgan
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
Phone: (212) 297-5800
Fax: (212) 916-2940

*Attorneys for Defendant*
*Quiksilver, Inc.*

By: _____

Mark J. Rosenberg
SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York 10020
Phone: (212) 643-7000
Fax: (212) 643-6500

*Attorneys for Defendant Nordstrom, Inc.*
*and Swell, Inc.*

-3-