

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x

GMA ACCESSORIES, INC.,

        Plaintiff,

- against -

QUIKSILVER, INC., NORDSTROM, INC.,
SWELL, INC., and JILL STUART, INC.,

        Defendants.

----------------------------------------------------x

ECF Case

07 CV 11527 (VM)

**NOTICE OF MOTION**

PURSUANT TO RULE 1.3(C) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Harry C. Batchelder, Jr., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Daniel Levy
    The Bostany Law Firm
    40 Wall Street – 61st Floor
    New York, NY 10005
    (212) 530-4400

Daniel Levy is a member in good standing of the Bar of the State of New Jersey. There are no pending disciplinary proceedings against Daniel Levy in any State or Federal Court. I believe Mr. Levy possesses the requisite professional and ethical character to discharge his obligations to the Court.

Dated: July 24, 2008
       New York, New York

Respectfully Submitted,

_____
Harry C. Batchelder, Jr., of Counsel
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

GMA ACCESSORIES, INC.,

          Plaintiff,

- against -

QUIKSILVER, INC., NORDSTROM, INC.,
SWELL, INC., and JILL STUART, INC.,

          Defendants.

----------------------------------------------------------x

07 CV 11527 (VM)

**DECLARATION OF HARRY C. BATCHELDER IN SUPPORT OF MOTION TO ADMIT DANIEL A. LEVY PRO HAC VICE**

Harry C. Batchelder, Jr., Esq., under penalty of perjury, hereby declares as follows:

1. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Daniel Levy, Esq. of The Bostany Law Firm, *pro hac vice* to represent Plaintiff in this matter as additional counsel.

2. I am a member in good standing of the bar of the State of New York, and was admitted to the bar of the United States District Court for the Southern District of New York in 1966, and am in good standing with this court.

3. Mr. Levy is admitted to practice in the state of New Jersey, the United States District Court for the District of New Jersey and is awaiting admission to New York State, having passed the New York State Bar Exam. A copy of his Certificate of Good Standing is attached as **Exhibit A**.

4. I have found Mr. Levy to be a person of integrity. He is experienced and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Daniel Levy, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Daniel Levy, *pro hac vice*, which is attached hereto as **Exhibit B**.

WHEREFORE it is respectfully requested that the motion to admit Daniel Levy, Esq., *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: July 24, 2008
   New York, New York

Respectfully Submitted,

_____
Harry C. Batchelder, Jr., of Counsel
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005
(212) 530-4400

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **DANIEL A LEVY** (No. **042452007**) was constituted and appointed an Attorney at Law of New Jersey on **November 13, 2007** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **14TH** day of **July**, 20 **08**

*Clerk of the Supreme Court*

-453a-

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMA Accessories, Inc.          Plaintiff,

                                              7  cv  11527   (VM)

- against -

Quiksilver, Inc., Nordstrom, Inc.,    Defendant.    **ORDER FOR ADMISSION**
Swell, Inc., and Jill Stuart, Inc.                  **PRO HAC VICE**
                                                    **ON WRITTEN MOTION**

Upon the motion of Harry C. Batchelder   attorney for  GMA Accessories, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:   Daniel A. Levy, Esq.

    Firm Name:           The Bostany Law Firm

    Address:             40 Wall Street - 61st Floor

    City/State/Zip:      New York, NY 10005

    Telephone/Fax:       (212) 530-4400

    Email Address:       dan.levy@bozlaw.com

is admitted to practice pro hac vice as counsel for   GMA Accessories, Inc.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____   SDNY RECEIPT#_____
SDNY Form Web 10/2006

STATE OF NEW YORK       )
                        )  ss.:
COUNTY OF NEW YORK      )

        Daniel A. Levy, being sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and works at 40 Wall Street, New York, New York. On August 7, 2008, plaintiff served the Motion to Admit Daniel A. Levy Pro Hac Vice upon:

| Attorney(s) | Address | Party |
|---|---|---|
| Stephen Feingold | Day Pitney, LLP<br>7 Times Square<br>New York, NY 10036 | Defendant<br>Quiksilver, Inc. |
| Mark Rosenberg | Sills Cummis & Gross PC<br>1 Rockefeller Plaza<br>New York, NY 10020 | Defendants<br>Nordstrom, Inc.,<br>and Swell, Inc. |
| Dwight Yellen | Ballon Stoll Bader & Nadler, P.C.<br>729 Seventh Avenue - 17th Floor<br>New York, NY 10019 | Defendant<br>Jill Stuart, Inc. |

the said address(es) designed by said attorney(s) for that purpose by depositing the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                Daniel A. Levy

Sworn to before me this
7th day of August, 2008

_____
Notary Public

            JOHN P. BOSTANY
    Notary Public, State of New York
         No. 02BO5072359
      Qualified in Kings County
   Commission Expires Jan. 27, 2011