UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

GMA ACCESSORIES, INC.,

                Plaintiff,

     - against -

QUIKSILVER, INC., and JILL STUART, INC.,

                Defendants.

-------------------------------------------------------x

07 CV 11527 (VM) (RLE)

**PLEASE TAKE NOTICE** upon the Declaration of John P. Bostany dated August 19, 2008, and the exhibits annexed thereto, Memorandum of Law dated August 19, 2008, and upon all prior pleadings and proceedings heretofore had hearing, the undersigned hereby moves this Honorable Court, before Hon. Ronald L. Ellis, United States Magistrate Judge, at 500 Pearl Street, New York, New York for an Order to include Jill Stuart International, Ltd. and Jill Stuart International, LLC as defendants in this action.

Dated: New York, New York
       August 19, 2008

                                            Respectfully submitted,

                              By: _____
                                  John P. Bostany
                                  THE BOSTANY LAW FIRM
                                  Attorneys for Plaintiff
                                  40 Wall Street, 61st Floor
                                  New York, New York 10005