Dwight Yellen (DY 6547)
BALLON STOLL BALLON BADER & NADLER, P.C.
729 Seventh Avenue - 17th Floor
New York, New York 10019
212.575-7900
dyellen@ballonstoll.com
Attorneys for Defendant
 *Jill Stuart, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

GMA ACCESSORIES, INC.,

            Plaintiff,      07 Civ. 11527(VM)(RE)

   - against -

QUICKSILVER, INC., NORDSTROM, INC.,
SWELL, INC. and JILL STUART, INC.,

            Defendant.

----------------------------------------x

### NOTICE OF CROSS MOTION

| | |
|---|---|
| Cross-Motion By: | Defendant Jill Stuart, Inc. |
| Date, Time and Place Returnable: | On the date and time set by the Court to hear plaintiff's motion, number 58 on the ECF docket, to be held before Magistrate Ronald Ellis, at the Court, located at 500 Pearl Street, New York, NY 10007. |
| Relief Requested: | An order, pursuant to Fed. R. Civ. P. 21 and 56, dismissing or severing the complaint against defendant Jill Stuart, Inc. |

Supporting Papers:   Declaration of Dwight Yellen, dated September 3, 2008, with Exhibits; pleadings herein; Memorandum of Law; Rule 56.1 Statement.

Dated:   New York, New York
         September 3, 2008

                BALLON STOLL BADER & NADLER, P.C.

                By: _____
                    Dwight Yellen (DY 6847)

*Attorneys for Defendant*
  *Jill Stuart, Inc.*
729 Seventh Avenue - 17th Floor
New York, New York 10019
212.575-7900
fax 212-764-5060
dyellen@ballonstoll.com

To:
    John P. Bostany, Esq.
    The Bostany Law Firm
    40 Wall Street - 61st Floor
    New York, New York 10005

    Barry Benjamin, Esq.
    Day Pitney, L.L.P. (Times Square)
    Times Square Tower
    7 Times Square
    New York, New York 10036

    *(service of all papers by ECF)*