Dwight Yellen (DY 6547)
BALLON STOLL BALLON BADER & NADLER, P.C.
729 Seventh Avenue - 17th Floor
New York, New York 10019
212.575-7900
dyellen@ballonstoll.com
Attorneys for Defendant
 *Jill Stuart, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

GMA ACCESSORIES, INC.,

            Plaintiff,        07 Civ. 11527(VM)(RE)

   - against -

QUICKSILVER, INC., NORDSTROM, INC.,
SWELL, INC. and JILL STUART, INC.,

            Defendant.

----------------------------------------x

## RULE 56.1 STATEMENT

    Defendant Jill Stuart, Inc. by its undersigned attorneys, submit the following statement of material facts as to which it contends there are no genuine issues to be tried, pursuant to Local Civil Rule 56.1 of the Civil Rules of the United States District Court for the Southern District of New York.

    1. Jill Stuart, Inc. was dissolved by proclamation as a corporation by the New York Secretary of State in 1994.

2. The information contained in the preceding paragraph is a matter of public record.

Dated:   New York, New York
         September 3, 2008

                         BALLON STOLL BADER & NADLER, P.C.


                         By: _____
                             Dwight Yellen (DY 6547)

                         *Attorneys for Defendant*
                           *Jill Stuart, Inc.*
                         729 Seventh Avenue - 17th Floor
                         New York, New York 10019
                         212.575-7900
                         fax 212-764-5060
                         dyellen@ballonstoll.com


To:
    John P. Bostany, Esq.
    The Bostany Law Firm
    40 Wall Street - 61st Floor
    New York, New York 10005

    Barry Benjamin, Esq.
    Day Pitney, L.L.P. (Times Square)
    Times Square Tower
    7 Times Square
    New York, New York 10036

    (service of all papers by ECF)