SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMA Accessories, Inc.          Plaintiff,

                               7   cv   11527   (VM)(RLE)

         - against -
                               Defendant.      **ORDER FOR ADMISSION**
Quiksilver, Inc., Nordstrom, Inc.,              **PRO HAC VICE**
Swell, Inc., and Jill Stuart, Inc.              **ON WRITTEN MOTION**

Upon the motion of Harry C. Batchelder   attorney for GMA Accessories, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Daniel A. Levy, Esq. |
| Firm Name: | The Bostany Law Firm |
| Address: | 40 Wall Street - 61st Floor |
| City/State/Zip: | New York, NY 10005 |
| Telephone/Fax: | (212) 530-4400 |
| Email Address: | dan.levy@bozlaw.com |

is admitted to practice pro hac vice as counsel for   GMA Accessories, Inc.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September 4, 2008
City, State:

                                        _____
                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY. FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006